# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| TODD H. MERCER | CIVIL ACTION NO. 3:18-CV-222 |
| VERSUS | SECTION P |
| | JUDGE TERRY A. DOUGHTY |
| THOMAS MASON | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to the provisions of 28 U.S.C. § 1915(e)

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff's Motion for Temporary Restraining Order [Rec. Doc. 1] be **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff's Motion for Subpoena of Evidence [Rec. Doc. 4] be **DENIED**.

MONROE, LOUISIANA, this 22nd day of March, 2018.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE